*In re* Estate of HARRY D. CROOKS, Deceased.—(BEN F. PFEIFER *et al.*, Plaintiffs-Appellants, *v.* ESTATE OF HARRY D. CROOKS, Deceased, *et al.*, Defendants-Appellees.)

(No. 60939; )

First District (1st Division)—June 2, 1975.

*Rehearing denied September 15, 1975.*

Opinion by Mr. JUSTICE SIMON.

Ben F. Pfeifer, *pro se.*

David A. Stall, of Sundheim & Stall, of Chicago, for appellees.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* VLADO GAZIC, Defendant-Appellant.

(No. 60602; )

First District (3rd Division)—June 5, 1975.

*Supplemental opinion upon denial of rehearing September 4, 1975.*

1064

PER CURIAM.

Julius Lucius Echeles and Frederick F. Cohn, both of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago (Laurence J. Bolon, Donald M. Devlin, and G. Severe Cole, Assistant State's Attorneys, of counsel), for the People.